UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN N. FITZGABBON,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUCTIONS, INC.,<br><br>Defendant. | No.  2:25-cv-02508-TLN-SCR<br><br><br><br>PRETRIAL SCHEDULING ORDER |

On November 13, 2025, this case was before the undersigned for a status and pretrial scheduling conference. *See* ECF No. 4.  After hearing from the parties, and in consideration of Defendant's status report (ECF No. 9), the Court enters the following scheduling order:

**SERVICE OF PROCESS**

Defendant states it was not properly served. ECF No. 9 at 1.  However, Defendant has Answered and no challenge to service was made pursuant to Fed. R. Civ. P. 12(b)(5).  Thus, any challenge to service is waived.

**JOINDER OF PARTIES/AMENDMENTS**

As discussed at the status and pretrial scheduling conference and set forth by minute order (ECF No. 10), Plaintiff may file an amended complaint on or before **December 3, 2025**.

**JURISDICTION/VENUE**

There is no challenge to jurisdiction or venue.

1

**DISCOVERY**

The parties shall exchange initial disclosures under Rule 26 by **November 24, 2025**.

All non-expert discovery shall be completed by **May 1, 2026.** The word "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been complied with. Motions to compel non-expert discovery must be noticed on the undersigned's calendar in accordance with the Local Rules and must be heard not later than **April 10, 2026**.

The parties are reminded to review the "Civil Standing Order" posted on Judge Riordan's webpage. Judge Riordan encourages early resolution of discovery disputes outside the formal Local Rule 251 procedures, when appropriate. Upon order of the court, or by agreement of the parties, Judge Riordan will resolve minor or discrete discovery disputes by conducting an informal telephonic conference. Additional information is available on the court's website at www.caed.uscourts.gov

**EXPERT DISCLOSURE**

The parties shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) as follows: expert disclosures on or before **May 1, 2026**; rebuttal expert disclosures on or before **May 22, 2026**. Expert discovery shall be completed by **June 15, 2026**.

**MOTION HEARING SCHEDULES**

All motions, except motions for continuances, temporary restraining orders, or other emergency relief, or as to discovery, shall be filed by **July 15, 2026**. Counsel are cautioned to refer to the Local Rules and Judge Riordan's Civil Standing Order regarding the requirements for noticing such motions on the court's regularly scheduled law and motion calendar. Available hearing dates are available on Judge Riordan's website.

All purely legal issues are to be resolved by timely pretrial motion. The parties should keep in mind that the purpose of law and motion is to narrow and refine the legal issues raised by the case, and to dispose of by pretrial motion those issues that are susceptible to resolution without trial. To accomplish that purpose, the parties need to identify and fully research the

issues presented by the case, and then examine those issues in light of the evidence gleaned through discovery. If it appears after examining the legal issues and facts that an issue can be resolved by pretrial motion, the parties are to file the appropriate motion by the law and motion cutoff set forth above. The parties are cautioned that failure to raise a dispositive legal issue that could have been tendered to the court by proper pretrial motion prior to the dispositive motion cut-off date may constitute waiver of such issue.

The parties are reminded that motions in limine are procedural devices designed to address the admissibility of evidence. Counsel are cautioned that the court will look with disfavor upon substantive motions presented in the guise of motions in limine at the time of trial.

**FINAL PRETRIAL CONFERENCE**

Upon resolution of any motions filed by **July 15, 2026**, or upon passing of that deadline if no such motions are filed, the Court will set a Final Pretrial Conference.

**TRIAL SETTING**

In conjunction with the setting of the Final Pretrial Conference or at the Final Pretrial Conference, the Court will set a trial date.

**SETTLEMENT CONFERENCE/MAGISTRATE JUDGE AS SETTLEMENT JUDGE**

Absent an objection by one of the parties, the undersigned will serve as a settlement judge in this case. Defendant shall meet and confer with Plaintiff to identify three dates in February or March 2026 that work for both parties and to discuss whether the settlement conference should be in person or by Zoom. Defendant shall then communicate with the undersigned's CRD, sher@caed.uscourts.gov, about the setting of the settlement conference.

**IT IS SO ORDERED.**

DATED: December 1, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE